# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED
NOV 15 2017
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA

vs.

**AUSTIN GOTTFRIED SCHWARZ**        No. CR 17-78-BLG-SPW-01

DOB:_____1989_____        **PETITION TO OPEN JUVENILE RECORDS**

SSN:___XXX-XX-3588___

Whereas the above-name defendant entered a plea of Guilty to the offense of Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine in violation of 21 U.S.C. § 846 in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

November 14, 2017_____
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this _14th_ day of _November_ 2017.